\*\*NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO 2/12/09

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * *
                                *
UNITED STATES OF AMERICA        *
                                *   07-CR-189-01-GZS
            v.                  *   October 28, 2008
                                *
DANIEL RILEY                    *
                                *
* * * * * * * * * * * * * * * * *
```

EXCERPT OF TRANSCRIPT OF SENTENCING
BEFORE THE HONORABLE GEORGE Z. SINGAL

Appearances:

For the Government:   Arnold Huftalen, AUSA
                      Robert Kinsella, AUSA
                      U.S. Attorney's Office
                      53 Pleasant Street
                      Concord, NH   03301

For Daniel Riley:     Sven Wiberg, Esq.
                      Wiberg Law Office, PLLC
                      2456 Lafayette Road
                      Portsmouth, NH   03801

For Probation:        Melissa Elworthy

Court Reporter:       Diane M. Churas, CSR, CRR
                      Official Court Reporter
                      U.S. District Court
                      55 Pleasant Street
                      Concord, NH    03301
                      (603) 225-1442

2

```
 1          THE DEFENDANT:  I took an educated guess and
 2   issued $20 million in credit to this Court, which it
 3   violates its own statutes.  And I'd also like to say
 4   that the unlawful venue -- I've never seen a case be
 5   brought in two different states in two different venues
 6   in violation -- you are up there today reading statutes,
 7   18 USC this and naming them off when that lady was on
 8   the stand, but yet when I name the statute 18 USC 3232
 9   that tells that all proceedings must be held within the
10   district of the alleged offense, but yet you take me to
11   Maine.  As I read that statute, it's now frivolous.  So
12   you pick and choose what statute you want to abide by.
13   You're biased.  You're partial.  You don't care about
14   justice.  All you care about is getting a conviction on
15   the defendant -- which let the record reflect that I'm
16   holding up the title to the trust account, which is the
17   defendant.  All you care about is getting this
18   commercial lien on this defendant so you can raid that
19   trust account and issue your penal bonds and your Miller
20   Act bonds and sell them to the Corrections Corporation
21   of America who underwrites them through banks and sells
22   them on the stock market for millions and millions of
23   dollars.  That's what's going on here.
24          (End of excerpt.)
25
```

```
                                                                  3

  1                    C E R T I F I C A T E

  2

  3          I, Diane M. Churas, do hereby certify that the

  4   foregoing transcript is a true and accurate

  5   transcription of the within proceedings, to the best of

  6   my knowledge, skill, ability and belief.

  7
      Submitted:  11/14/08
  8
                              /s/   Diane M. Churas   __
  9                           DIANE M. CHURAS, CSR, CRR

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```